John D. Schoonmaker and Jacob Rice, Copartners, Doing Business under the Name and Style of Schoonmaker & Rice, Appellants, v. Henry Steers, Incorporated, Respondent.— Motion denied.

Ernest K. Thomas, Appellant, v. John N. Noonan and Others, Respondents.— Motion granted.